**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FREDERICK MADDEN, et al.,**

    **Plaintiffs,**

v.                                                                  Case No.  8:10-cv-1939-T-30TBM

**FLORIDA GULF-TO-BAY**
**ANESTHESIOLOGY ASSOCIATES, PA.,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Strike Defendant's Affirmative Defenses (Dkt. 30) and Defendant's Response in opposition (Dkt. 33).  Plaintiffs ask the Court to strike two of Defendants affirmative defenses arguing that they are not actually affirmative defenses.  Specifically, Plaintiffs request that the following defenses be stricken: (1) "Plaintiffs waived the right to a jury trial" and (2) "this action should be transferred to the Tampa Division."  These affirmative defenses are moot.  This action, which was originally brought in the Southern District Court, has already been transferred to this division.  And the jury demand in the complaint was stricken when the Court granted the Unopposed Motion to Strike Jury Demand.  See Dkts. 29 and 31.

It is therefore ORDERED AND ADJUDGED that Plaintiffs' Motion to Strike Defendant's Affirmative Defenses (Dkt. 30) is DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida on September 23, 2010.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-1939.strike aff defenses.frm