UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREDERICK MADDEN and
MICHELE MADDEN,

    Plaintiffs,

v.                                        Case No.  8:10-cv-1939-T-30TBM

FLORIDA GULF-TO-BAY,
ANESTHESIOLOGY ASSOCIATES, PA.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal With Prejudice (Dkt. #42).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear his/her/its own costs and attorney's fees.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 17, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1939.dismiss 42.wpd